UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNIL KUMAR,

    Plaintiff,

v.                                                  CASE NO. 8:22-cv-496-SDM-TGW

EXALT FLAVORS, LLC,

    Defendant.
_____/

## ORDER

In this FLSA action, the parties jointly move (Doc. 27) for approval of a settlement. The parties attach (Doc. 27-1) the executed settlement, which is fair and reasonable in accord with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The motion (Doc. 27) is **GRANTED**, the settlement (Doc. 27-1) is **APPROVED**, and the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on August 23, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE